# UNITED STATES BANKRUPTCY COURT
# Northern District of California

In re   Santa Clara Square, LLC         ,
                    Debtor

Case No.  _____

Chapter    11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| F. Martinez Gardening<br>2701 Peridot Place<br>San Jose, CA 95132 | | | | 600.00 |
| Starlite Sweepers<br>1131 Foley Ave.<br>Santa Clara, CA 95051 | | | | 3,155.00 |
| Alpha Investments & Property Management<br>4546 El Camino Real, Suite 222<br>Los Altos, CA 94022 | | | | 32,545.00 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Mindigo & Assoc.<br>1984 The Alameda<br>San Jose, CA 95126 | | | | 54,952.00 |
| Albert Wang<br>4546 El Camino Real,<br>Suite 222<br>Los Altos, CA 94022 | | | | 66,000.00 |
| Hung Nguy<br>4546 El Camino Real,<br>Suite 222<br>Los Altos, CA 94022 | | | | 104,500.00 |
| Emily Chen<br>4546 El Camino Real,<br>Suite 222<br>Los Altos, CA 94022 | | | | 148,500.00 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date   December 21, 2009

Signature   /s/ Emily Chen
EMILY CHEN,
Officer