# United States Bankruptcy Court
## Northern District of California

In re  Santa Clara Square, LLC                           Case No. _____

                                                         Chapter  _____11_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................... $ __27,000.00__
   Prior to the filing of this statement I have received ........................... $ __27,000.00__
   Balance Due ......................................................................................... $ _____0.00_____

2. The source of compensation paid to me was:
   ☒ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☒ Debtor          ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

   The $27,000 identified in Paragraph 1 represents a retainer for services to be performed in the Chapter 11 case, with additional fees to be paid on a forward basis as approved by the Court. The sum of $27,000 is not a "flat fee." The amount received includes the filing fee. See the Application for Appointment of Counsel for detailed description of fee arrangement.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

_____December 21, 2009_____            _____/s/ Lawrence A. Jacobson_____
            *Date*                                        *Signature of Attorney*

                                         _____Cohen and Jacobson, LLP_____
                                                  *Name of law firm*