LAWRENCE A. JACOBSON SB# 057393
SEAN M. JACOBSON SB# 227241
COHEN AND JACOBSON, LLP
900 Veterans Boulevard, Suite 600
Redwood City, California 94063
Telephone: (650) 261-6280
Facsimile: (650) 368-6221

Attorneys for Debtor
Santa Clara Square, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:                                             Case No.

SANTA CLARA SQUARE, LLC,                           Chapter 11

        Debtor.

**LIST OF EQUITY SECURITY HOLDERS**

Debtor, above named, hereby submits the following List of Equity Security Holders:

| | | | |
|---|---|---|---|
| 1. | E& H Family limited Partnership | Membership Interest (51%) |
| 2. | Santa Clara QVN, LLC | Membership Interest (18%) |
| 3. | Hung Nguy | Membership Interest (8%) |
| 4. | Albert Wang | Membership Interest (6%) |
| 5. | Chia Van Dang | Membership Interest (5%) |
| 6. | Jenny Nguy | Membership Interest (5%) |
| 7. | Minh Nguy | Membership Interest (5%) |
| 8. | Linh My Nguy | Membership Interest (2%) |

Dated: December 21, 2009               /s/   Emily Chen
                                       Emily Chen

STATEMENT REGARDING CORPORATE OWNERSHIP                         1