LAWRENCE A. JACOBSON SB# 057393
SEAN M. JACOBSON SB# 227241
COHEN AND JACOBSON, LLP
900 Veterans Boulevard, Suite 600
Redwood City, California 94063
Telephone: (650) 261-6280
Facsimile: (650) 368-6221

Attorneys for Debtor
Santa Clara Square, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:  Case No.

SANTA CLARA SQUARE, LLC,  Chapter 11

        Debtor.

**STATEMENT REGARDING CORPORATE OWNERSHIP**

Debtor, above named, hereby certifies pursuant to FRBP 1007(a)(1) and 7007.1 that there are no publicly traded corporations that directly or indirectly own 10% or more of any class of equity securities. There is a partnership with an ownership interests in the Debtor (E& H Family limited Partnership: 51%) and a limited liability company with an ownership interest in the Debtor (Santa Clara QVN, LLC: 18%).

Dated: December 21, 2009      /s/   Emily Chen
                                                Emily Chen