LAWRENCE A. JACOBSON SB# 057393
SEAN M. JACOBSON SB# 227241
COHEN AND JACOBSON, LLP
900 Veterans Boulevard, Suite 600
Redwood City, California 94063
Telephone: (650) 261-6280
Facsimile: (650) 368-6221

Attorneys for Debtor
Santa Clara Square, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:					Case No.   09-61196

SANTA CLARA SQUARE, LLC,		Chapter 11

        Debtor.
_____

**APPLICATION FOR DESIGNATION OF RESPONSIBLE INDIVIDUAL**

      Pursuant to Local Rule 4002-1, Debtor above-named applies to the Court for an order appointing Emily Chen, a member and officer of the debtor limited liability company, 4546 El Camino Real #222, Los Altos, California [Telephone: (408) 996-2670] as the person responsible for the duties and obligations imposed upon the Debtor as a Debtor-in-Possession. The undersigned agrees to such appointment.

Dated: December 21, 2009                    ___/s/ Emily Chen_____
                                                           Emily Chen