```
LAWRENCE A. JACOBSON SB# 057393
SEAN M. JACOBSON SB# 227241
COHEN AND JACOBSON, LLP
900 Veterans Boulevard, Suite 600
Redwood City, California 94063
Telephone: (650) 261-6280
Facsimile: (650) 368-6221

Attorneys for Debtor
Santa Clara Square, LLC
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:                                              Case No. 09-61196

SANTA CLARA SQUARE, LLC,                            Chapter 11

          Debtor.

_____

**APPLICATION FOR APPOINTMENT OF COUNSEL, PROFESSIONAL DISCLOSURE OF APPLICANT, AND DISCLOSURE REGARDING PAYMENT OF RETAINER**

This application of debtor above-named respectfully represents:

1. Santa Clara Square, LLC ("Debtor" or "Applicant") filed with this Court its petition under Chapter 11 of Title 11 USC commencing this reorganization case December 21, 2009.

2. During the course of the administration of this case and in the conduct of the Chapter 11 proceedings Applicant will require the services of counsel in aid of the prosecution of this Chapter 11 case and all matters and proceedings involved therewith and related thereto. To the best of Applicant's knowledge, the counsel whom Applicant seeks to employ have no interest adverse to the debtor and have no connection with the debtor, its creditors, persons employed at the Office of the United States Trustee, or any other parties in interest and/or their respective attorneys or accountants. Applicant has not agreed to share compensation with any other entity or person other than in the ordinary course of business with those attorneys and employees under the employment of Applicant.

3. Applicant desires the employment of the law firm of Cohen and Jacobson, LLP, 900 Veterans Boulevard, Suite 600, Redwood City, California 94063, as counsel for debtor and debtor-in-possession herein.  Applicant desires such appointment of such counsel for the reason that Cohen and Jacobson are skilled counsel in insolvency proceedings and have special knowledge enabling them to perform services of special benefit to Applicant.  The current hourly rates of the attorneys to perform services pursuant to the requested appointment are: Lawrence A. Jacobson (SBN 57393), admitted to practice in 1973, hourly rate of $400; Sean M. Jacobson (SBN 227241), admitted to practice in 2003, hourly rate of $250.  Debtor shall also pay approved filing fees and costs incurred as approved by the Court.

4. The professional services rendered and to be rendered by counsel are generally as follows:

    a. To prepare the necessary paperwork to initiate the Chapter 11 case; to assist client in preparing all necessary schedules, statements, and other documents required at the time of filing and immediately thereafter; attend the 341 Hearing and Initial Debtor Interview with the Client; assist Client in the discharge of duties in the Chapter 11 case; to formulate a Disclosure Statement and Plan of Reorganization; and to seek confirmation of a Plan.

    b. To deal with all creditors and their agents and attorneys as may be necessary from time to time;

    c. To the extent necessary, prepare the Motion for Use of Cash Collateral in order to seek use of cash collateral during the bankruptcy proceeding.

    d. Defend motions for relief from stay as agreed between Client and Attorneys.

    e. The scope of duties under this agreement specifically excludes dischargability actions;  adversary proceedings, unless otherwise agreed to in writing by Client and Counsel; and all state court litigations whether currently filed or not yet filed.

5. Counsel have advised Applicant that they have no interest adverse to Applicant and that,

APPLICATION FOR APPOINTMENT OF COUNSEL   2

Case: 09-61196     Doc# 5     Filed: 12/21/09     Entered: 12/21/09 18:05:25     Page 2 of 5

to the best of their knowledge, information and belief such counsel have no connections with the debtor, creditors or any other party in interest or their respective attorneys and accountants, or with the United States Trustee or persons employed at the Office of the United States Trustee.

6. Counsel believes one of the members of this Debtor, Santa Clara QVN, LLC is owned in part by the father of two individuals who are responsible individuals in other bankruptcy cases in which Applicant is serving as counsel for the debtor. John Nguyen is the father of Thomas Nguyen (the responsible individual in In re Saigon Village, LLC, Case No. 09-60597), and Joseph Nguyen (the responsible individual in In Re San Carlos Plaza, LLC, Case No. 09-61154). Thomas Nguyen is also a member of an entity named China Village, LLC, which has engaged counsel with respect to its financial affairs and the potential filing of a Chapter 11 case. Counsel has filed an Answer on behalf of Thomas Nguyen in a state court action related to the Saigon Village Debtor (in which Thomas Nguyen was sued as a guarantor). None of the bankruptcy cases are related, and the issues in the respective cases do not overlap. The entity in which John Nguyen holds an interest (Santa Clara QVN, LLC) is a minority member of the Debtor in this case, and John Nguyen's relationship to the members in the other cases has no bearing on either this or the other cases, but Counsel includes the information for purposes of full disclosure.

7. Applicant seeks to employ counsel under a general retainer and will seek further orders of this Court for periodic payment of the fees and costs incurred for such representation with payment to be made from the assets of the estate and/or the post-petition income of debtor and/or sources other than the Debtor. Counsel and Debtor have agreed to the terms of representation detailed herein, with the initial retainer being the sum of $27,000, of which $27,000 has been paid to date. The amount received includes the filing fee. Fees billed by counsel shall be credited against the retainer until such retainer is exhausted. Approval of all fees and costs shall be subject to Court approval. A true and correct copy of the Engagement Agreement is attached to this Application.

8. Counsel performed certain services relating to the preparation of this case prior to the petition date, and therefore Applicant seeks appointment effective October 26, 2009.

WHEREFORE, Applicant prays that this Court make its order authorizing the employment of counsel as requested herein, at the expense of Applicant and Applicant's estate, and for such other and further orders as the Court may deem proper.

Dated: December 21, 2009            By:    /s/    Emily Chen
                                                       Emily Chen, Managing Member

## ATTORNEY'S VERIFICATION

I, Lawrence A. Jacobson, declare:

1. I am a partner in the law partnership of Cohen and Jacobson, LLP.

2. To the best knowledge, information and belief of Declarant neither Cohen and Jacobson, LLP, Declarant, Julie Zernicke, Henry Cohen, nor Sean Jacobson have any interests adverse to the debtor and have no connection with the debtor, its creditors, persons employed at the Offices of the United States Trustee, or any other parties in interest and/or their respective attorneys and accountants.

3. Applicant has not agreed to share compensation with any other entity or person other than in the ordinary course of business with those attorneys and employees under the employment of Applicant.

4. The disclosures in Paragraphs 6 are correct to the best of my knowledge.

Executed on December 21, 2009, at Redwood City, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                                                        /s/ Lawrence A. Jacobson
                                                        LAWRENCE A. JACOBSON